IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-cr-30104-MJR |
| | ) | |
| SAMUEL E. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**REAGAN, District Judge:**

On October 12, 2007, Defendant Samuel Brown submitted a pro se motion to disqualify Daniel G. Cronin as his attorney and appoint new counsel. Current counsel and defendant Brown both agree that communications have completely broken down between the two of them.

Accordingly, the Court hereby **GRANTS** Brown's pro se motion to appoint new counsel (Doc. 18) and **DIRECTS** the Federal Public Defender for the Southern District of Illinois to reassign this case to another Assistant Federal Public Defender within his office.

**IT IS SO ORDERED.**

**DATED this 12th day of October 2007.**

                                        s/ Michael J. Reagan
                                        **MICHAEL J. REAGAN**
                                        **United States District Judge**